# Exhibit A

## **CERTIFICATION**

I, Sandra Stewart, as Director of Pensions and Solicitor to Tameside Metropolitan Borough Council as the administering authority of the Greater Manchester Pension Fund ("GMPF"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of GMPF. I have reviewed a complaint filed against Towers Watson & Co. ("Towers") alleging violations of the federal securities laws;

2. GMPF did not purchase common stock of Towers at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. GMPF is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. GMPF held 49,800 shares of Towers as of October 2, 2015;

5. GMPF has not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

6. Beyond its pro rata share of any recovery, GMPF will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 21 day of January, 2018.

*[Signature]*

Sandra J Stewart, Solicitor
*Director of Governance and Pensions*
*Tameside Metropolitan Borough Council as the*
*administering authority of the Greater Manchester*
*Pension Fund*

## CERTIFICATION

I, James Adams, am a Portfolio Manager of Hudson Bay Capital Management LP ("Hudson Bay Capital"), and hereby certify as follows:

1. In my capacity as an employee of Hudson Bay Capital, I am personally authorized to enter into and execute this Certification on behalf of Hudson Bay Master Fund Ltd. ("Hudson Bay"). I have reviewed a complaint filed against Towers Watson & Co. ("Towers") alleging violations of the federal securities law and authorize the filing of this motion for appointment of Hudson Bay as lead plaintiff;

2. Hudson Bay did not purchase common stock of Towers at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Hudson Bay is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. Hudson Bay held 103,075 shares of Towers as of October 2, 2015;

5. Hudson Bay has not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

6. Beyond its pro rata share of any recovery, Hudson Bay will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 22nd day of January, 2018.

James Adams
Portfolio Manager, Authorized Signatory
*Hudson Bay Capital Management LP*