IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WILLIS TOWERS WATSON PLC, *et al.*, <br><br> Defendants. | Civil Action No. 1:17-cv-1338 (AJT/JFA) |

## **ORDER**

Pending before the Court are (1) Motion of Tameside Metropolitan Borough Council as Administrating Authority of Greater Manchester Pension Fund, Hudson Bay Master Fund, Ltd. ("Funds") for Appointment as Lead Plaintiff and Approval of their Selection of Lead Counsel [Doc. No. 14] (the "Funds' Motion"); and (2) Motion of the Regents of the University of California ("Regents") for Appointment as Lead Plaintiff and Approval of its Selection of Lead and Liaison Counsel [Doc. No. 19] (the "Regents' Motion"). On January 31, 2018, the Funds provided notice to the Court that they do not oppose the Regents' Motion in light of the Regents "greater financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). No other potential class member or any of the Defendants have opposed the Regents' Motion.

Accordingly, upon review of the Regents' Motion, the memorandum in support thereof, and all other filings and argument submitted to the Court; it is hereby

ORDERED that the Regents' Motion [Doc. No. 19] be, and the same hereby is, GRANTED; and it is further

1

ORDERED that the Funds' Motion [Doc. No. 14] be, and the same hereby is, DENIED; and it is further

ORDERED that the hearings on the Regents' Motion and the Funds' Motion currently set for Friday, February 23, 2018 at 10:00 a.m. be, and the same hereby are, CANCELLED; and it is further

ORDERED that the Regents be, and the same hereby are, APPOINTED to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to this Order; and it is further

ORDERED that the Regents' selection of Lead Counsel be, and the same hereby is, APPROVED and Bernstein Litowitz Berger & Grossmann LLP be, and the same hereby is, APPOINTED as Lead Counsel for the Class; and it is further

ORDERED that the Regents' selection of Liaison Counsel be, and the same hereby is, APPROVED and the Law Offices of Susan R. Podolsky be, and the same hereby is, APPOINTED as Liaison Counsel for the Class; and it is further

ORDERED that pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims in this action be CONSOLIDATED for all purposes with this action; and it is further

ORDERED that this action shall be captioned "In re Willis Towers Watson plc Proxy Litigation" and the file shall be maintained under Master File No. 1:17-cv-1338-AJT-JFA.

The Clerk is directed to forward copies of this Order to all counsel of record.

                                                                     /s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 20, 2018