**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE WILLIS TOWERS WATSON PLC PROXY LITIGATION | Master File No. 1:17-cv-1338-AJT-JFA <br><br> <u>CLASS ACTION</u> |

**[PROPOSED] ORDER ESTABLISHING SCHEDULE**

Before the Court is the Joint Motion of Lead Plaintiff The Regents of the University of California ("Lead Plaintiff") and Defendants Willis Towers Watson plc, Towers Watson & Co. (n/k/a WTW Delaware Holdings LLC), Willis Group Holdings plc (n/k/a Willis Towers Watson plc), ValueAct Capital Management, John J. Haley, Dominic Casserley, and Jeffrey W. Ubben (collectively, "Defendants") for Entry of Order Establishing Schedule (the "Motion"). Having reviewed the Motion and finding good cause shown, the Court GRANTS the Motion as follows:

1. Lead Plaintiff shall file a consolidated amended complaint on or before March 9, 2018.

2. Defendants shall file any motions to dismiss or other responses to the consolidated amended complaint on or before April 13, 2018.

3. Lead Plaintiff shall file any oppositions to Defendants' motions to dismiss or other responses on or before May 14, 2018.

4. Defendants shall file any replies in further support of their motions to dismiss or other responses on or before June 4, 2018.

SO ORDERED.

_____
Anthony J. Trenga
United States District Judge

_____, 201\_\_
Alexandria, Virginia