IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE WILLIS TOWERS WATSON PLC PROXY LITIGATION | Civil Action No. 1:17-cv-1338 (AJT/JFA) |

## ORDER

Pending before the Court is the Parties' Joint Motion for Entry of Order Establishing Schedule [Doc. No. 48] (the "Motion"). Upon consideration of the Motion, it is hereby

ORDERED that the Motion be, and the same hereby is, GRANTED in part and that the following schedule shall govern litigation in this matter:

- Defendants are to file any motions to dismiss or other responses to the Consolidated Amended Complaint [Doc. No. 49] on or before April 13, 2018;

- Lead Plaintiff is to file its oppositions to Defendants' motions to dismiss or other responses on or before May 7, 2018;

- Defendants are to file any replies in further support of their motions to dismiss or other responses on or before May 14, 2018; and it is further

ORDERED that a hearing on Defendants' motions to dismiss or other responses to the Consolidated Amended Complaint be, and the same hereby is, SET for Friday, May 18, 2018 at 10:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 14, 2018