**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE WILLIS TOWERS WATSON PLC PROXY LITIGATION | Civ. A. No. 1:17:cv-01338-AJT-JFA <br><br> <u>CLASS ACTION</u> |

## THE TW/WILLIS DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and the Declaration of Johnathon E. Schronce, Defendants Willis Towers Watson plc, Towers Watson & Co., Willis Group Holdings plc (n/k/a Willis Towers Watson plc), John J. Haley, and Dominic Casserley (collectively, the "TW/Willis Defendants"), by and through their undersigned counsel, hereby move this Court, before the Honorable Anthony J. Trenga, United States District Judge, United States District Court for the Eastern District of Virginia, Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, on May 18, 2018 at 10:00 a.m., or on such other date and time to be designated by the Court, for an Order dismissing the Amended Complaint in the above-captioned action in its entirety and with prejudice under Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. 78u-4(b), and for such other and further relief as the Court may deem just and proper.

| | | |
|---|---|---|
| Dated: | April 13, 2018<br>Alexandria, Virginia | Respectfully submitted,<br><br>/s/ Eric H. Feiler<br><br>Edward J. Fuhr (Va. Bar No. 28082)<br>Eric H. Feiler (Va. Bar No. 44048)<br>Johnathon E. Schronce (Va. Bar No. 80903)<br>**HUNTON ANDREWS KURTH LLP**<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074<br>Tel: (804) 788-8201<br>Fax: (804) 788-8218<br>efuhr@huntonAK.com<br>efeiler@huntonAK.com<br>jschronce@huntonAK.com<br><br><br>John Neuwirth (*pro hac vice*)<br>Josh Amsel (*pro hac vice*)<br>Amanda K. Pooler (*pro hac vice forthcoming*)<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007<br>john.neuwirth@weil.com<br>josh.amsel@weil.com<br>amanda.pooler@weil.com<br><br>*Counsel for the TW/Willis Defendants* |

## CERTIFICATE OF SERVICE

I certify that on this 13th day of April, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Eric H. Feiler
Edward J. Fuhr (Va. Bar No. 28082)
Eric H. Feiler (Va. Bar No. 44048)
Johnathon E. Schronce (Va. Bar No. 80903)
**HUNTON ANDREWS KURTH LLP**
951 East Byrd Street
Richmond, Virginia 23219-4074
Tel: (804) 788-8201
Fax: (804) 788-8218
efuhr@huntonAK.com
efeiler@huntonAK.com
jschronce@huntonAK.com

*Co-Counsel for the TW/Willis Defendants*