## ** CIVIL MOTION MINUTES **

Date: **5/18/2018**                                 Judge:   **Trenga/JFA**
Time: **10:39 - 11:39**                            Reporter:   **R. Montgomery**

Civil Action Number: **1:17-cv-1338**

**CAMBRIDGE RETIREMENT SYSTEM**

**V.**

**WILLIS TOWERS WATSON PLC, et al**

Appearances of Counsel for Plaintiff and Defendant

Motion to/for:
Motion to Dismiss Amended Complaint [51] by deft.
Motion to Dismiss for Failure to State a Claim [54] by deft. Ubben and Valueact

Argued and
(  ) Granted                    (  ) Denied                    (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement        (  ) Continued to

(**X**) Order to Follow

Pltf.:   Susan Podolsky                 Deft.:   John Neuwirth
         Sal Graziano                             Josh Amsel
         John Ryan-Hamilton                       Johnathon Schronce
         Julia Tebor                              Bobby Farlow
         Rebecca Boon                             Ryan Frei
                                                  Richard Horvath