**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| IN RE WILLIS TOWERS WATSON PLC PROXY LITIGATION | ) ) ) ) ) ) Civil Action No. 1:17-cv-1338(AJT/JFA) |

## JUDGMENT

Pursuant to the order of this Court entered on 07/11/2018 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Judith Lanham
Deputy Clerk

Dated: 07/12/2018
Alexandria, Virginia