**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| IN RE WILLIS TOWERS WATSON PLC PROXY LITIGATION | Case No. 1:17-cv-1338-AJT-JFA |

## NOTICE OF APPEAL

Please take notice that Lead Plaintiff in the above-captioned action appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of the United States District Court for the Eastern District of Virginia (Trenga, D.J.) entered on July 12, 2018 (ECF No. 66) pursuant to the Court's July 11, 2018 Memorandum Opinion and Order granting Defendants' motions to dismiss (ECF No. 65).

Dated: July 30, 2018

Respectfully submitted,

*/s/ Susan R. Podolsky*
Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiff The Regents of the University of California*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Salvatore Graziano
John Rizio-Hamilton
Rebecca E. Boon
Julia K. Tebor
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
salvatore@blbglaw.com
johnr@blbglaw.com
rebecca.boon@blbglaw.com
julia.tebor@blbglaw.com

*Counsel for Lead Plaintiff The Regents of the University of California, and Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of July 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                            */s/ Susan R. Podolsky*
                                                       Susan R. Podolsky (Va. Bar No. 27891)