# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE WILLIS TOWERS WATSON PLC PROXY LITIGATION | Civ. A. No. 1:17:cv-01338-AJT-JFA <br><br> <u>CLASS ACTION</u> |

## LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

TO:   All Counsel of Record

PLEASE TAKE NOTICE that based on the Stipulation and Agreement of Settlement dated January 15, 2021 (the "Stipulation") and its exhibits, attached hereto as Exhibit 1; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiff The Regents of the University of California ("Lead Plaintiff") hereby moves this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of giving notice of the proposed Settlement to the Class; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation, and Lead Counsel's motion for attorneys' fees and expenses.[1]   The Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement is attached hereto as Exhibit 2.   In accordance with the terms of the Stipulation, Defendants do not oppose the Motion and Lead Plaintiff believes that the Motion is appropriate for resolution without a hearing.

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

Dated: January 15, 2021                          Respectfully submitted

*/s/ Susan R. Podolsky*
**LAW OFFICES OF SUSAN R. PODOLSKY**

Susan R. Podolsky (Va. Bar No. 27891)
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiff and*
*Court-Appointed Class Representative*
*The Regents of the University of California*

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

Salvatore J. Graziano (*pro hac vice*)
John Rizio-Hamilton (*pro hac vice*)
Rebecca E. Boon (*pro hac vice*)
Jai K. Chandrasekhar (*pro hac vice*)
Jesse L. Jensen (*pro hac vice*)
Nicholas Gersh (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
johnr@blbglaw.com
rebecca.boon@blbglaw.com
jai@blbglaw.com
jesse.jensen@blbglaw.com
nicholas.gersh@blbglaw.com

*Counsel for Lead Plaintiff and Court-Appointed*
*Class Representative The Regents of the*
*University of California, and Class Counsel for*
*the Class*

#1434030

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January 2021, I electronically filed the foregoing (and its exhibits) with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Susan R. Podolsky*
Susan R. Podolsky (Va. Bar No. 27891)
