IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE WILLIS TOWERS WATSON PLC PROXY LITIGATION | Master File No. 1:17-cv-1338-AJT-JFA<br><br>CLASS ACTION |

### NOTICE OF WAIVER OF HEARING

Please take notice that The Regents of the University of California waive any hearing on its Motion for Preliminary Approval of Settlement.

Dated: January 15, 2021

Respectfully submitted,
/s/ Susan R. Podolsky
Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
Telephone: (571) 366-1702
Facsimile:  (703) 647-6009
spodolsky@podolskylaw.com

*Local Counsel for Lead Plaintiff and Court-Appointed Class Representative The Regents of the University of California*

**BERNSTEIN LITOWITZ BERGER  & GROSSMANN LLP**

Salvatore J. Graziano (*pro hac vice*)
John Rizio-Hamilton (*pro hac vice*)
Rebecca E. Boon (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
sgraziano@blbglaw.com
johnr@blbglaw.com
rebecca.boon@blbglaw.com

*Counsel for Lead Plaintiff and Court-Appointed Class Representative The Regents of the University of California, and Class Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Susan R. Podolsky*
Susan R. Podolsky (Va. Bar No. 27891)